**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6609**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH MARION HAMPTON, a/k/a Marion Kenneth
Hampton, a/k/a Kenny Hampton,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Cameron McGowan Currie, District
Judge.  (CR-00-616)

Submitted:  August 18, 2005          Decided:  August 25, 2005

Before WIDENER, WILLIAMS,[*] and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Marion Hampton, Appellant Pro Se.  Stacey Denise Haynes,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

---

[*]Judge Williams did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d) (2000).

PER CURIAM:

Kenneth Marion Hampton appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hampton, No. CR-00-616 (D.S.C. filed Apr. 4, 2005 & entered Apr. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED